UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           v.

ELLIOTT FUENTES, et al.,

           Defendants.

AMENDED ORDER
09-CR-143A

       The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 25, 2012, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants Elliott Fuentes', Hector Manuel Ramos Rivera's and Dinorach Feliciano's motions [99], [102] and [161] seeking bills of particulars and the motion [99] of Rivera seeking suppression of physical evidence and electronic surveillance be denied and that the government's motions for reciprocal discovery [104], [106] and [168] be granted.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed[1], it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants Elliott Fuentes', Hector Manuel Ramos Rivera's and Dinorach Feliciano's motions [99],

---

[1] Both the Government and Defendant Hector Manuel Ramos Rivera filed several motions for extensions of time to file objections to the Magistrate Judge's Report and Recommendation, which the Court granted. However, no objections were timely filed as of the September 28, 2012 deadline.

[102] and [161] seeking bills of particulars and the motion [99] of Rivera seeking suppression of physical evidence and electronic surveillance are denied and the government's motions for reciprocal discovery [104], [106] and [168] are granted.

The parties shall appear in court on Friday, October 5, 2012 at 9:00 a.m. for a meeting to set a trial date.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: October 4, 2012